UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT DEREK LURCH, JR.,

                      Plaintiff,

              22-cv-4055 (JGK)

- against -

              ORDER

P.O. GILLIAN FRANCIS, ET AL.,

                      Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court has received the plaintiff's letter dated December 13, 2022. ECF No. 17. The Court advises the plaintiff that there have been no updates in this case after the plaintiff filed his second amended complaint on December 12, 2022, which named as defendants the three New York Police Department officers whom the Court had previously ordered the New York City Law Department to identify pursuant to <u>Valentin v. Dinkins</u>, 121 F.3d 72, 76 (2d Cir. 1997). <u>See</u> ECF Nos. 12, 15, 16.

    The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           December 21, 2022

                                              John G. Koeltl
                                    United States District Judge