UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT DEREK LURCH, JR.,

               Plaintiff,

- against -

P.O. GILLIAN FRANCIS, ET AL.,

               Defendants.

22-cv-4055 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by July 10, 2023.

SO ORDERED.

Dated:    New York, New York
            June 22, 2023

                                                  John G. Koeltl
                                     United States District Judge