UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

| | |
|---|---|
| ROBERT DEREK LURCH, JR., | 22-cv-4055 (JGK) |
| Plaintiff, | <u>ORDER</u> |
| - against - | |
| P.O. JOHN DOE #1, ET AL., | |
| Defendants. | |

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

This case is stayed pending the conclusion of mediation other than for disclosures in connection with the mediation. The parties should report to the Court on the status of the case within seven (7) days of the completion of the mediation.

SO ORDERED.

Dated:   New York, New York
         December 21, 2023

                                        _____
                                                John G. Koeltl
                                        United States District Judge