UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------

ROBERT DEREK LURCH, JR.,                    22-cv-4055 (JGK)

              Plaintiff,             ORDER

     - against -

JOHN DOE, ET AL.,

              Defendants.
--------------------------------

JOHN G. KOELTL, District Judge:

    The plaintiff's motion for summary judgment, ECF No. 55, is stricken without prejudice. This case is stayed pending the result of mediation. The Clerk is directed to close all open motions in this case.

SO ORDERED.

Dated:    New York, New York
          January 11, 2024

                                          John G. Koeltl
                                       United States District Judge