UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ROBERT D. LURCH, JR.

                                                        PLAINTIFF,

**ORDER**

-AGAINST-

22-CV-4055 (JGK)

JOHN DOE, *ET AL.*,

                                                 DEFENDANTS.

------------------------------------------------------------------------ x

        IT IS ORDERED that Cayuga Correctional Facility produce inmate ROBERT LURCH, din. # 24B0013, for a video mediation in this case on March 11, 2024, at 1:00 p.m.


        /s/ John G. Koeltl

        JOHN G. KOELTL
        U.S.D.J

        So ordered on _____ March 4, 2024