UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

ROBERT DEREK LURCH, JR.,

                             Plaintiff,

                -against-

P.O. GILLIAN FRANCIS (SHIELD # 18393), P.O. JONATHAN RUIZ (SHIELD # 29010), and P.O. ENMANUEL MENDOZA (SHIELD # 05660),

                           Defendants.
------------------------------------------------------------------------ X

**ORDER TO PRODUCE INCARCERATED PERSON FOR DEPOSITION**

22 Civ. 4055 (JGK) (VF)

**THE HONORABLE VALERIE FIGUEREDO, United States Magistrate Judge:**

      Upon the application of defendants Gillian Francis, Jonathan Ruiz, and Emmanuel Mendoza for leave to take the deposition of Plaintiff Robert Derek Lurch, Jr. (DIN: 24-B-0013), an incarcerated person, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge at Cayuga Correctional Facility produce incarcerated person Robert Derek Lurch, Jr. (DIN: 24-B-0013), for the taking of his deposition by video conference on April 17, 2024 commencing at 10 a.m., and for so long thereafter as the deposition continues; (2) Robert Derek Lurch, Jr. (DIN: 24-B-0013), appear in such place as designated by the Warden or other official in charge of the Cayuga Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition via video conference, will be a court reporter to be designated by defendants as well as the attorney for defendants.

Dated: New York, New York
           _April 8, 2024_, 2024

SO ORDERED

_____
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 74.