UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT DEREK LURCH, JR.,

                              Plaintiff,

       -against-

JOHN DOE, et al.,

                            Defendants.
-----------------------------------------------------------------X

**22-CV-4055 (JGK) (VF)**

**ORDER TO STRIKE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The plaintiff's motion for summary judgment, ECF No. 59, is stricken without prejudice. Therefore, the Court respectfully directs the Clerk of Court to strike ECF No. 59 from the docket in its entirety.

    **SO ORDERED.**

DATED:    New York, New York
               April 10, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge