UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT DEREK LURCH, JR.,

                                 Plaintiff,

      -against-

JOHN DOE, et al.,

                                 Defendants.
------------------------------------------------------------------X

**22-CV-4055 (JGK) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The plaintiff's motion to strike, ECF No. 83, is denied without prejudice as premature as discovery has not yet closed in this case. Therefore, the Court respectfully directs the Clerk of Court to terminate the motion at ECF No. 83.

    **SO ORDERED.**

DATED:    New York, New York
                May 2, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge