UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT DEREK LURCH, JR.,

                  Plaintiff,

     - against -

JOHN DOE, ET AL.,

                  Defendants.

---

**22-cv-4055 (JGK)**

**ORDER**

JOHN G. KOELTL, District Judge:

    The defendants should respond to the plaintiff's motion to reopen (ECF No. 95) by **October 3, 2024**. The plaintiff may reply by **October 17, 2024**.

SO ORDERED.

Dated:    New York, New York
           September 19, 2024

                           John G. Koeltl
                United States District Judge

Motion to reopen unless

defendants can confirm

settled status.

Docket #:

22-cv-4055

Your honor, the Plaintiff signed the settlement agreement in this matter on June 17, 2024 and as of Sept. 9, 2024 the Plaintiff has not received any form of payment that would of satisfied the conditions of this agreement.

Furthermore, the plaintiff contacted "the city of New York's" attorney on the case, Bailey Forcier and she informed me it is out her hands, it is all on the comptroller's office at this time and she provided me with a claim number to check the status with this office.

However, when the Plaintiff called the comptroller's office, they informed the plaintiff that they are aware of the matter but their is no documentation in the system showing it has been settled.

Your honorable, if the plaintiff does not receive the settlement amount for this case by Sept. 17, 2024 or the city of New York does not show documentation that this claim is documented as settled with the comptroller's office as of Sept. 9, 2024, the plaintiff will like this matter reopened.

Name: Robert Derek Lurch Jr.    Date: 9/9/2024    Signature: ~~~

Docket #: 22-cv-4055

RECEIVED
SEP 16 2024
PRO SE OFFICE

**QUEENSBORO CORRECTIONAL FACILITY**
47-04 VAN DAM STREET
LONG ISLAND CITY, NEW YORK 11101-3081

NAME: Robert D. Lurch Jr.    DIN: 291 B

**LEGAL MAIL**

QUEENSBORD NEOPOST ~~FIRST CLASS MAIL~~
MID-ISLAND NY 09/09/2024 US POSTAGE $000.69¹
11 SEP 2024 PM 3 L
CORRECTIONAL FACILITY
ZIP 11101
041M11464187

Legal



Pro se office
Southern District of New York
United States District Court
500 Pearl St.
New York, NY 10007



SEP 16 2024

PRO SE OFFICE

10007-131699