UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT DEREK LURCH, JR.,

                Plaintiff,

    - against -

JOHN DOE, ET AL.,

                Defendants.

---

22-cv-4055 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The plaintiff having received the settlement amount, the Clerk is directed to close ECF Nos. 95 and 97 and to close this case.

    The Clerk is directed to mail a copy of this order to the pro se plaintiff.

**SO ORDERED.**

Dated:    New York, New York
            October 2, 2024

                                        John G. Koeltl
                                  United States District Judge